# Court of Appeals
# of the State of Georgia

ATLANTA,  February 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1056.   CAROL J. PEAY v. THE VIRGINIAN CONDOMINIUM ASSOCIATION, INC. et al.**

In this civil action, the trial court issued an order on February 23, 2017, granting summary judgment to the defendants on all of the claims of the plaintiff, Carol J. Peay.  On July 5, 2017, the trial court issued an order granting the defendants' motion to dismiss appeal and denying the plaintiff's post-judgment motions and filings.  On August 18, 2017, the plaintiff filed a notice of appeal.  The defendants have filed a motion to dismiss the appeal.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, the plaintiff's notice of appeal is untimely, as it was filed 176 days after entry of the summary judgment order, and 44 days after entry of the post-judgment order.  Consequently, the defendants' motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  02/16/2018
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.